**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cr-82-01-TWP-KPF |
| | ) | |
| RAFAEL MUNOZ-CARDENAS, | ) | |
| a/k/a RAFAEL CARDENAS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM**
**INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE**
**7(d) AND FEDERAL RULE OF EVIDENCE 403**

This matter is before the Court upon Defendant's Motion to Strike Surplusage from Indictment Pursuant to Federal Rule of Criminal Procedure 7(d) and Federal Rule of Evidence 403. The Court finds that said Motion should be DENIED, as it applies to the Superseding Indictment which was filed on July 11, 2011.

A motion to strike language in an indictment should be granted only when the language is immaterial or irrelevant or prejudicial. As charged in Count I, the allegation of "$629,790.00" is both material and relevant to the government's burden of proving that the statement or representation allegedly made by the Defendant was false and material. The Court finds that the probative value of the language, "$629,790.00", is not outweighed by any potential prejudice.

For the reasons stated herein, Dkt. No. 61 is **DENIED.**

SO ORDERED.    07/29/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Juval Scott
juval.scott@fd.org

Michael J. Donahoe
mike.donahoe@fd.org

Michelle P. Brady
michelle.brady@usdoj.gov

Matthew P. Brookman
matthew.brookman@usdoj.gov